UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-20545-CIV-MORENO**

STEPHEN A. KARAKIS,

    Plaintiff,

vs.

MANGO'S TROPICAL CAFE, INC., a Florida
corporation, d/b/a MANGO'S TROPICAL CAFE,
and DAVID WALLACK REAL ESTATE L.L.C.,
a Florida limited liability company,

    Defendants.
_____/



## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Stipulation of Settlement and Request for Dismissal of Action with Prejudice **(D.E. 14)**, filed **July 24, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice. Further, all pending motions are **DENIED** as moot with leave to renew if appropriate. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of July, 2008.

                                                      _____
                                                    FEDERICO A. MORENO
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record